UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN T. MITCHELL and
STEPHEN T. MITCHELL, P.C.,

                    Plaintiffs,

      -against-

MATRICIA MOORE,
CONSOLIDATED EDISON, and
NEW YORK STATE WORKERS' COMPENSATION
BOARD,

                    Defendants.

07-CV-11301 (PAC)

NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in this case for the New York State Workers' Compensation Board.

I certify that I am admitted to practice in this court.

Dated:   New York, New York
         January 3, 2008

                                  _____
                                  S/ Steven Segall
                                  Office of the Attorney General
                                  of the State of New York
                                  Attorney for Defendant
                                  New York State Workers'
                                  Compensation Board
                                  120 Broadway, 26th Floor
                                  New York, New York 10271
                                  (212) 416-6138