UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
STEPHEN MITCHELL, and STEPHEN T. MITCHELL, PC,

                              Plaintiffs                 **Notice of Appearance**
                                                                                   DOCKET NO.:
-Against-                                                                             07 Cv. 11301

MATRICIA MOORE,
CONSOLIDATED EDISON, and
THE NEW YORK STATE WORKERS'
COMPENSATION BOARD
                              Defendants
-------------------------------------------------------------------------X

      Please take note that the **Law Offices of Ambrose Wotorson, P.C**. has been retained to represent the Defendant, Matricia Moore, in the above styled action. All correspondence to and between plaintiffs and defendants, between defendants and this Court, and between plaintiffs and this Court, should now be forwarded directly to the **Law Offices of Ambrose Wotorson, P.C.,** as defendant, Matricia Moore's attorney of record.

Dated:  New York, New York
        **January 3, 2008**

                                                                Respectfully Submitted,
                                                               _____/s/_____
                                                               Ambrose W. Wotorson
                                                               26 Court Street
                                                               Suite 1811
                                                               Brooklyn, New York 11242
                                                               (718) 797-4861

TO:    Stephen Mitchell, Esq.
          67 Wall Street, Suite 2211
          New York, New York 10005

          Lawrence Sandak, Esq.
          Steven Yarusinsky, Esq.
          Proskauer Rose, LLP
          One Newark Center, 18th Floor
          Newark, New Jersey 07102

Steven Alan Segall, Esq.
120 Broadway, 24th Floor
New York, New York 10271