UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED: JAN 1 6 2008             │
└─────────────────────────────────────┘
```

STEPHEN T. MITCHELL and
Stephen T. Mitchell, P.C.,

                                    Plaintiffs,

-against-                                           Voluntary
                                                    Dismissal

MATRICIA MOORE,
CONSOLIDATED EDISON, and                            07 CV 11301
THE NEW YORK STATE
WORKERS' COMPENSATION BOARD

                                    Defendants.

PLEASE TAKE NOTICE, that plaintiffs voluntarily dismiss the actions against defendants Consolidated Edison and The New York Workers Compensation Board pursuant to Rule 41 of the Federal Rules of Civil Procedure. The plaintiffs continue to maintain their action against Matrica Moore.

Dated: January 15, 2008

                                              Stephen T. Mitchell
                                              Pro Se

SO ORDERED: 1/16/08

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE