```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Notice of
Voluntary
Dismissal

07 CV 11301

Stephen T. Mitchell and
Stephen T. Mitchell, P.C.

                            Plaintiff,

-against-

Matricia Moore

                            Defendant.

---

     PLEASE TAKE NOTICE, that the plaintiffs voluntarily dismiss this federal action against defendant Matricia Moore pursuant to Rule 41 of the Federal Rules of Civil Procedure. ~~The action was brought in the anticipation of bringing a motion for contempt against Matricia Moore because her attorney wrote a state court judge claiming that the settlement of a lawsuit in~~ a prior related case ~~was undone by misconduct on the part of Matricia Moore before the Workers Compensation Board. There has been a finding that the settlement was not undone in the prior case per the district court. Matricia Moore, per counsel, admits that she did not timely appeal the~~ district court's order of September 19, 2007 ~~to the United States Circuit Court of Appeals and that the order of the district court in the prior case on September 19, 2007 is final. Matricia Moore also has admitted, per counsel, that plaintiff is entitled to a measure of attorney's fees for his representation of Ms. Moore in the earlier case.~~ PAC

     ~~For all of the aforesaid reasons there is no reason to pursue any further litigation against Ms. Moore in federal court and~~ the plaintiffs voluntary dismiss this federal action against Ms. Moore pursuant to Rule 41 of the Federal Rules of Civil Procedure. Case Closed.

Dated: January 19, 2008

                                                        Stephen T. Mitchell
                                                        Pro Se

SO ORDERED: JAN 2 2 2008

/s/ Paul A. Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE